PHILLIP A. TALBERT
Acting United States Attorney
JANELLE A. DI MINO
Certified Law Student
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-po-00206-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| JOSEPH L. HARDING, | |
| Defendant. | |

    The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Janelle A. Di Mino, Certified Student, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: September 20, 2021                Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                     By:    /s/ Janelle A. Di Mino
                                                  JANELLE A. DI MINO
                                                  Certified Law Student

## **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: **September 27, 2021**

UNITED STATES MAGISTRATE JUDGE